# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEMETRIUS WILLIAMS,** on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **HH INTERMODAL LLC, JIMMY TRUMBULL,** and **BILLY HOGAN,** <br><br> Defendants. | 1:22-cv-02649 <br><br> **Judge Mary M. Rowland** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.CIV.P 41(A)(1)(A)(I)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff **DEMETRIUS WILLIAMS**, by and through undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendants**, H.H. INTERMODAL, LLC**, **JIMMY TRUMBULL**, and **BILLY HOGAN.**

Date: August 5, 2022                                                   Respectfully Submitted,

/s/ Ryan Allen Hancock_____
Ryan Allen Hancock
PA Attorney ID# 92590
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Tel.: (215) 656-3600
Fax: (215) 567-2310
rhancock@wwdlaw.com

/s/ Jessica R. Brown_____
Jessica R. Brown
Illinois Attorney ID No. 6334094
WILLIG, WILLIAMS & DAVIDSON
77 W. Washington St., Suite 2120
Chicago, Illinois 6060
jbrown@wwdlaw.com

*Attorney for the Plaintiff and the Proposed FLSA Collective and Class*